# UNITED STATES DISTRICT COURT
*District of Nebraska*

## APPLICATION FOR ADMISSION PRO HAC VICE

| | |
|---|---|
| INFOGROUP, INC., Delaware corporation, | Case No: 8:20-cv-00109 |
| Plaintiff, | |
| v. | Appearing on behalf of: Defendant |
| OFFICE DEPOT, INC., a Delaware corporation, | |
| Defendant. | |

I, <u>Damon M. Lewis</u>, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of <u>Virginia</u> and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

<u>VA # 73140</u>
(Bar Code or Number, if applicable)

<u>DLA Piper LLP (US)</u>  (Law Firm or Federal Agency)
<u>500 Eighth Street NW</u>  (Mailing Address)
<u>Washington, DC 20004</u>  (City, State, Zip)
<u>(202) 799-4573 (P)  (202) 799-5372 (F)</u>  (Telephone/Fax Number)

I, <u>Damon M. Lewis</u>, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this 8th day of June 2020.

_____
(Signature of Applicant)
(Original signature required when submitted in paper)

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this \_\_\_\_ day of _____, 2020.

_____
(Deputy Clerk)

COPIES MAILED ON _____

Last update 06/06/16