# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| INFOGROUP INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CASE NO. 9:23-cv-80358-AMC |
| OFFICE DEPOT, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF WITHDAWAL OF AMANDA L. WALL, KAMRON T.M. HASAN, MARNIE A. JENSON AND THE HUSCH BLACKWELL LAW FIRM AS COUNSEL OF RECORD FOR DEFENDANT

PLEASE TAKE NOTICE THAT Amanda L. Wall, Kamron T.M. Hasan, Marnie A. Jenson, and the Husch Blackwell Law Firm, former counsel of record for Defendant, Office Depot, Inc. (hereinafter "Defendant"), should be withdrawn as counsel for Defendant and should be removed from the service list in this matter.

Amanda L. Wall, Kamron T.M. Hasan, Marnie A. Jenson, and the Husch Blackwell Law Firm appeared as local counsel for Defendant in this litigation while it was pending in the United States District Court for the District of Nebraska (Case No. 8:20-cv-00109), prior to the case being transferred to this District on March 6, 2023.

Amanda L. Wall, Kamron T.M. Hasan, Marnie A. Jensen, and the Husch Blackwell Law Firm, will not be entering an appearance in this District nor seeking *pro hac* admission and should be withdrawn as counsel of record for Defendant.

The attorneys primarily responsible for this matter at the law firm of Hogan Lovells US LLP, remain as counsel of record and will continue to represent Defendant in this litigation.

Dated this 30th day of March, 2023     Respectfully submitted,

By: By: */s/ Mark R. Cheskin*
Mark R. Cheskin, Esq.
Fla. Bar No. 708402
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
mark.cheskin@hoganlovells.com

Damon M. Lewis (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
Lauren B. Cury (*pro hac vice*)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
damon.lewis@hoganlovells.com
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com

*Attorneys for Office Depot, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 30th day of March, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF, which sent notice of its filing to all counsel of record.

*/s/ Mark R. Cheskin*