# Exhibit A

## Timekeeper Breakdown - Phase 1 - Mar. 24, 2020 - Aug. 03, 2020

| Row Labels | Rate (Avg) | Hours Billed | Total Paid |
|---|---|---|---|
| **Ashley Joyce** | | | |
| 2020 | $810.00 | 52.1 | $42,201.00 |
| **Audrey Murphy** | | | |
| 2020 | $182.75 | 8.2 | $1,498.62 |
| **Damon Lewis** | | | |
| 2020 | $800.00 | 114.7 | $91,760.00 |
| **Marnie Jensen** | | | |
| 2020 | $493.00 | 6.1 | $3,007.30 |
| **Naomi Abraham** | | | |
| 2020 | $605.00 | 22.9 | $13,854.50 |
| **Ryan Compton** | | | |
| 2020 | $890.00 | 19.5 | $17,355.00 |
| **Grand Total** | **$659.26** | **223.5** | **$169,676.42** |

## Timekeeper Breakdown - Phase 2 - Nov. 13, 2020 - Jan. 08, 2021

| Row Labels | Rate (Avg) | Hours Billed | Total Paid |
|---|---|---|---|
| **Audrey Murphy** | | | |
| 2021 | $182.75 | 0.4 | $73.11 |
| **Damon Lewis** | | | |
| 2020 | $800.00 | 36.9 | $29,520.00 |
| 2021 | $835.00 | 2.5 | $2,087.50 |
| **Marnie Jensen** | | | |
| 2020 | $493.00 | 1.6 | $788.80 |
| 2021 | $493.00 | 0.7 | $345.10 |
| **Naomi Abraham** | | | |
| 2020 | $605.00 | 17.6 | $10,648.00 |
| 2021 | $695.00 | 2.5 | $1,737.50 |
| **Nicholas Papastavros** | | | |
| 2020 | $1,000.00 | 18.9 | $18,900.00 |
| 2021 | $1,055.00 | 2.3 | $2,426.50 |
| **Perry Wu** | | | |
| 2020 | $215.00 | 16.7 | $3,590.50 |
| 2021 | $225.00 | 6.2 | $1,395.00 |
| **Peter Nelson** | | | |
| 2020 | $325.00 | 2 | $650.00 |
| **Ryan Compton** | | | |
| 2020 | $890.00 | 5.2 | $4,628.00 |
| 2021 | $930.00 | 0.5 | $465.00 |
| **Grand Total** | **$711.09** | **114** | **$77,255.01** |

## Timekeeper Breakdown - Phase 3 - Jan. 09, 2021 - Oct. 29, 2021

| Row Labels | Rate (Avg) | Hours Billed | Total Paid |
|---|---|---|---|
| **Audrey Murphy** | | | |
| 2021 | $182.75 | 8.4 | $1,535.17 |
| **Damon Lewis** | | | |
| 2021 | $791.48 | 275.2 | $217,673.50 |
| **Kamron Hasan** | | | |
| 2021 | $352.75 | 4.5 | $1,587.38 |
| **Kerry Anne O'Neill** | | | |
| 2021 | $790.00 | 150.1 | $118,579.00 |
| **Marnie Jensen** | | | |
| 2021 | $493.00 | 18.1 | $8,923.30 |
| **Naomi Abraham** | | | |
| 2021 | $695.00 | 5.1 | $3,544.50 |
| **Nicholas Papastavros** | | | |
| 2021 | $1,002.86 | 87.3 | $87,481.50 |
| **Perry Wu** | | | |
| 2021 | $234.34 | 398.1 | $93,356.50 |
| **Peter Nelson** | | | |
| 2021 | $360.00 | 126.5 | $45,540.00 |
| **Ryan Compton** | | | |
| 2021 | $887.33 | 6.9 | $6,109.80 |
| **Grand Total** | **$647.86** | **1080.2** | **$584,330.65** |

## Timekeeper Breakdown - Phase 4 - Oct. 30, 2021 - Jan. 21, 2022

| Row Labels | Rate (Avg) | Hours Billed | Total Paid |
|---|---|---|---|
| **Audrey Murphy** | | | |
| 2022 | $182.75 | 0.8 | $146.20 |
| **Damon Lewis** | | | |
| 2021 | $790.00 | 13.8 | $10,902.00 |
| 2022 | $830.00 | 38.3 | $31,789.00 |
| **Kamron Hasan** | | | |
| 2021 | $352.75 | 0.7 | $246.93 |
| 2022 | $352.75 | 0.9 | $317.48 |
| **Kerry Anne O'Neill** | | | |
| 2021 | $790.00 | 32.5 | $25,675.00 |
| 2022 | $820.00 | 0.4 | $328.00 |
| **Marnie Jensen** | | | |
| 2022 | $493.00 | 6.8 | $3,352.40 |
| **Nicholas Papastavros** | | | |
| 2021 | $999.00 | 39.4 | $39,360.60 |
| 2022 | $1,060.00 | 24.9 | $26,394.00 |
| **Perry Wu** | | | |
| 2021 | $235.00 | 69.7 | $16,379.50 |
| 2022 | $245.00 | 37.5 | $9,187.50 |
| **Peter Nelson** | | | |
| 2021 | $360.00 | 1.6 | $576.00 |
| 2022 | $610.00 | 0.7 | $427.00 |
| **Grand Total** | **$677.45** | **268** | **$165,081.61** |

## Timekeeper Breakdown - Phase 5 - Jan. 22, 2022 - Apr. 04, 2022

| Row Labels | Rate (Avg) | Hours Billed | Total Paid |
|---|---|---|---|
| **Audrey Murphy** | | | |
| 2022 | $182.75 | 22.9 | $4,185.02 |
| **Damon Lewis** | | | |
| 2022 | $830.00 | 158.1 | $131,223.00 |
| **Kamron Hasan** | | | |
| 2022 | $352.75 | 5.1 | $1,799.04 |
| **Kerry Anne O'Neill** | | | |
| 2022 | $820.00 | 2.4 | $1,968.00 |
| **Marnie Jensen** | | | |
| 2022 | $493.00 | 12.3 | $6,063.90 |
| **Nicholas Papastavros** | | | |
| 2022 | $1,060.00 | 32.9 | $34,874.00 |
| **Perry Wu** | | | |
| 2022 | $245.00 | 128.8 | $31,556.00 |
| **Peter Nelson** | | | |
| 2022 | $610.00 | 3.4 | $2,074.00 |
| **Ryan Compton** | | | |
| 2022 | $925.00 | 5 | $4,625.00 |
| **Grand Total** | **$652.14** | **370.9** | **$218,367.96** |

## Timekeeper Breakdown - Phase 6 - Apr. 05, 2022 - Aug. 11, 2022

| Row Labels | Rate (Avg) | Hours Billed | Total Paid |
|---|---|---|---|
| **Audrey Murphy** | | | |
| 2022 | $182.75 | 7 | $1,279.28 |
| **Damon Lewis** | | | |
| 2022 | $986.76 | 146.5 | $144,539.00 |
| **Eric Wang** | | | |
| 2022 | $685.00 | 45.2 | $30,962.00 |
| **Kamron Hasan** | | | |
| 2022 | $352.75 | 8.5 | $2,998.41 |
| **Lauren B. Cury** | | | |
| 2022 | $790.00 | 155.6 | $122,924.00 |
| **Marnie Jensen** | | | |
| 2022 | $493.00 | 8.2 | $4,042.60 |
| **Nicholas Papastavros** | | | |
| 2022 | $1,060.00 | 22.2 | $23,532.00 |
| **Perry Wu** | | | |
| 2022 | $245.00 | 209.7 | $51,376.50 |
| **Ryan Compton** | | | |
| 2022 | $925.00 | 1 | $925.00 |
| **Grand Total** | **$730.58** | **603.9** | **$382,578.79** |

## Timekeeper Breakdown - Phase 7 - Aug. 12, 2022 - Jan. 25, 2023

| Row Labels | Rate (Avg) | Hours Billed | Total Paid |
|---|---|---|---|
| **Anna Shaw** | | | |
| 2022 | $1,053.00 | 22.8 | $24,008.40 |
| **Audrey Murphy** | | | |
| 2022 | $182.75 | 6.1 | $1,114.79 |
| **Damon Lewis** | | | |
| 2022 | $990.00 | 115.5 | $114,345.00 |
| 2023 | $1,050.00 | 0.7 | $735.00 |
| **Eric Wang** | | | |
| 2022 | $685.00 | 31 | $21,235.00 |
| **Hadley Dreibelbis** | | | |
| 2022 | $544.50 | 8.1 | $4,410.45 |
| **Kamron Hasan** | | | |
| 2022 | $352.75 | 0.4 | $141.10 |
| **Katherine Wellington** | | | |
| 2022 | $949.50 | 15.7 | $14,907.15 |
| **Lauren B. Cury** | | | |
| 2022 | $790.00 | 182.5 | $144,175.00 |
| **Marnie Jensen** | | | |
| 2022 | $493.00 | 4.4 | $2,169.20 |
| **Nicholas Papastavros** | | | |
| 2022 | $1,060.00 | 0.7 | $742.00 |
| **Grand Total** | **$818.66** | **387.9** | **$327,983.09** |

## Timekeeper Breakdown - Phase 8 - Jan. 26, 2023 - Jun. 20, 2023

| Row Labels | Rate (Avg) | Hours Billed | Total Paid |
|---|---|---|---|
| **Anna Shaw** | | | |
| 2023 | $1,129.50 | 5.9 | $6,664.05 |
| **Damon Lewis** | | | |
| 2023 | $1,050.00 | 55.5 | $58,275.00 |
| **Hadley Dreibelbis** | | | |
| 2023 | $661.50 | 11.7 | $7,739.55 |
| **Katherine Wellington** | | | |
| 2023 | $1,021.50 | 5.5 | $5,618.25 |
| **Lauren B. Cury** | | | |
| 2023 | $950.00 | 21.1 | $20,045.00 |
| **Nicholas Papastavros** | | | |
| 2023 | $1,130.00 | 0.5 | $565.00 |
| **Grand Total** | **$1,001.89** | **100.2** | **$98,906.85** |