# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 23-80358-CIV-CANNON/REINHART

| | |
|---|---|
| INFOGROUP, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| OFFICE DEPOT, INC., | ) |
| Defendant. | ) |

## DEFENDANT OFFICE DEPOT'S NOTICE OF NON-OBJECTION TO THE REPORT AND RECOMMENDATIONS [ECF NO. 252] ON DEFENDANT'S MOTION FOR FEES AND EXPENSES [ECF NOS. 227, 247]

Defendant Office Depot, Inc. ("Office Depot") provides the Court notice that it does not intend to object to the Report and Recommendation on Defendant's Motion for Fees and Expenses, ECF No. 252.

Dated this 26th day of August, 2024

Respectfully submitted,

By: */s/ Mark R. Cheskin*
Mark R. Cheskin, Esq.
Fla. Bar No. 708402
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
mark.cheskin@hoganlovells.com

1

Damon M. Lewis (*pro hac vice*)
Celine Jimenez Crowson (*pro hac vice)*
Anna Kurian Shaw (*pro hac vice)*
Lauren B. Cury (*pro hac vice*)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
damon.lewis@hoganlovells.com
celine.crowson@hoganlovells.com
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com

*Attorneys for Office Depot, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2024, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By: */s/ Mark R. Cheskin*
Mark R. Cheskin