UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80358-CIV-CANNON/Reinhart

INFOGROUP INC.,

      Plaintiff,

v.

OFFICE DEPOT, INC.,

      Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Bruce E. Reinhart on Plaintiff's Motion for Attorneys' Fees and Costs (the "Report") [ECF No. 252].[1] The Report recommends that the Court grant in part Plaintiff's motion [ECF No. 227] and award Plaintiff a fee award totaling $927,842.00 [ECF No. 252]. The Report further recommends that Plaintiff's request for costs be denied [ECF No. 252]. No party has filed objections to the Report, and the time to do so has expired.[2]

Fully advised in the premises, the Court finds no clear error in the Report. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 252] is **ACCEPTED**.

2.     Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 227] is **GRANTED IN PART** for the reasons stated in the Report.

---

[1] The Report's recommendation is limited to the amount of fees and costs. The Court separately ruled on Plaintiff's entitlement to attorney's fees and costs [ECF Nos. 236, 243].

[2] Both parties filed Notices indicating they do not intend to file objections to the Report [ECF Nos. 253, 254]. In its Notice, Defendant renewed its objections to the Report and Order on the issue of entitlement [ECF No. 254; ECF Nos. 236, 243].

CASE NO. 24-80358-CIV-CANNON/Reinhart

3.      Plaintiff is awarded attorneys' fees in the amount of **$927,842.00** [ECF No. 252].

No costs are awarded to Plaintiff [ECF No. 252].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of September 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**


cc:     counsel of record

2